JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NY BLACK AND GOLD CORPORATION,

  Plaintiff,

  v.

AFFORDABLE EYEWEAR, LLC d/b/a TOTAL EYEWEAR,

  Defendants.

Case No. 2:26-cv-03289-AB (SKx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not completed. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

The Court **DISCHARGES** its Order to Show Cause why it should not dismiss this action for lack of prosecution (Dkt. No. 12).

Dated:  June 15, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1